# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THRIFTY OIL CO., a California corporation,<br><br>　　　　Defendants. | Case No.:  2:23-cv-04944-DOC-AGR<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE  [24]**<br><br>[Honorable David O. Carter *presiding*] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated    December 11, 2023

*David O. Carter*

Judge, United States District Court,
Central District of California